1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARIA QUINONES,<br><br>                     Plaintiff,<br>  vs.<br><br>OFFICER MULCULSULBAN, et al.,<br><br>                    Defendants. | CASE NO. 07 CV 1565 JM (BCM)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |
|---|---|

The parties have filed a joint motion to extend time to answer the first amended complaint. (Doc. no. 10.) Pursuant to the joint motion and for good cause shown, the court hereby **ORDERS** that defendant USPROTECT CORPORATION's response to Plaintiff's first amended complaint shall be filed on or before April 4, 2008.

**IT IS SO ORDERED.**

DATED: March 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties