1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11   MARIA QUINONES,                    )   Case No. 07cv1565-JM(BLM)
                                        )
12                   Plaintiff,         )   **ORDER GRANTING SECOND JOINT**
                                        )   **MOTION FOR AN EXTENSION OF**
13   v.                                 )   **TIME TO AMEND COMPLAINT AND**
                                        )   **NAME DOE DEFENDANTS**
14   OFFICER MULCULSULBAN, et al.,      )
                                        )   [Doc. No. 27]
15                   Defendants.        )
     _____)
16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     On December 29, 2008, parties to the above matter jointly

2  moved for an extension of time to amend the complaint and name Doe

3  Defendants.   Doc. No. 27.   The deadline is currently set for

4  December 29, 2008.  Doc. No. 26.  This is their second such motion.

5  See Doc. No. 25.

6     Good causing appearing, the Court   **GRANTS**   Plaintiff   an

7  additional thirty days to name Doe Defendants and file a second

8  amended complaint.  The second amended complaint shall be filed on

9  or before **January 28, 2009**.  All other dates remain as previously

10 set.

11     **IT IS SO ORDERED.**

12

13  DATED:   January 5, 2009

14

15                                    BARBARA L. MAJOR
                                     United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28