1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| MARIA QUINONES, an individual, | ) | Case No.: 07CV 1565 JM (BCM) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **JOINT MOTION FOR EXTENSION** |
| v. | ) | **OF TIME TO CONDUCT LIMITED** |
| | ) | **DISCOVERY FOR THE DEPOSITION** |
| USPROTECT,  a corporation, | ) | **OF LISA HUDEC** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

12

13

14

15

16

17

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1

1         Based on the parties' joint request and good cause appearing, **IT IS HEREBY**

2   **ORDERED**:

3         The discovery cut-off in this matter will be extended until **<u>October 15,  2009</u>** to allow

4   the taking of the deposition of Lisa Hudec, a corporate official of defendant USProtect.  All other

5   dates remain as previously set.

6         **IT IS SO ORDERED.**

7   DATED:  September 15, 2009

8

9                       BARBARA L. MAJOR

10                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28